IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARC EVAN O'DELL,** | CIV S-09-1195-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT WONG,** | |
| Respondent. | |

Respondent has requested a thirty day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including November 12, 2009, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

Dated: October 14, 2009

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　 **CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

Order  (CIV S-09-1195-CMK-P)